Richard D. Marca, Bar #127365
Jamie E. Wrage, Bar #188982
Jonathan E. Phillips, Bar #233965
**GRESHAM SAVAGE NOLAN & TILDEN,**
**A Professional Corporation**
3750 University Avenue, Suite 250
Riverside, CA 92501-3335
Telephone:  (951) 684-2171
Facsimile:   (951) 684-2150
Richard.Marca@greshamsavage.com
Jamie.Wrage@greshamsavage.com
Jonathan.Phillips@greshamsavage.com

Attorneys for Defendants,
JOYCE REED dba GREY
SQUIRREL RESORT and KATHY
ARMSBY dba VILLAGE
RESERVATION SERVICE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON O'BYRNE, | ) CASE NO. 2:09-CV-08406-DMG |
|     Plaintiff, | ) (DTBx) |
| vs. | ) **JUDGMENT** |
| JOYCE REED, dba GREY SQUIRREL RESORT; KATHY ARMSBY, dba VILLAGE RESERVATION SERVICE; CITY OF BIG BEAR LAKE; and DOES 1-99, | ) JS-6 |
|     Defendants. | ) |

/ / /

/ / /

/ / /

/ / /

/ / /

GRESHAM | SAVAGE
ATTORNEYS AT LAW
3750 UNIVERSITY AVE.
STE. 250
RIVERSIDE, CA 92501-3335
(951) 684-2171

JUDGMENT

This Court having granted the motion for summary judgment by Defendants JOYCE REED, dba GREY SQUIRREL RESORT and KATHY ARMSBY, dba VILLAGE RESERVATION SERVICE, by order filed August 6, 2010 [Doc. # 56],

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff RON O'BYRNE shall have and recover nothing by way of the complaint herein; and that Defendants JOYCE REED dba GREY SQUIRREL RESORT and KATHY ARMSBY dba VILLAGE RESERVATION SERVICE shall recover from Plaintiff RON O'BYRNE their costs of suit, excluding attorneys' fees, incurred as a result of defending this lawsuit pursuant to Rule 54(d) of the Federal Rules of Civil Procedure.

Dated: August 26, 2010

_____
DOLLY M. GEE
United States District Judge

GRESHAM | SAVAGE
ATTORNEYS AT LAW
3750 UNIVERSITY AVE.
STE. 250
RIVERSIDE, CA 92501-3335
(951) 684-2171

1
JUDGMENT